UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AZARIAH M. ELLINGTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>JUDGE MARY THORNTON HOUSE, et al.,<br><br>　　　　Defendants. | Case No. CV 17-07587-SVW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiffs Azariah M. Ellington and Mitchell D. Ellington ("Plaintiffs"), the Motion to Dismiss (Dkt. 36) filed by defendant Judge Mary Thornton House ("Judge House"), the "Joinders" in the Motion to Dismiss filed by defendants Vikram Brar, Andrew Brody and Meridian Capital Real Estate (Dkt. 53) and defendants Century 21 Allstars and Jeff Zolot (Dkt. 54) (collectively, "Joinders"), the Response and Objection to the Motion to Dismiss filed by Plaintiffs (Dkt. 57), Judge's House's Reply (Dkt. 59), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 81), and the Objection thereto filed by Plaintiffs (Dkt.

82). Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. The Motion to Dismiss filed by Judge House (Dkt. No. 36) is GRANTED without leave to amend;
3. Final judgment in this action shall include a dismissal with prejudice as to Judge House;
4. The Joinders in the Motion to Dismiss (Dkt. 53, 54) are denied, without prejudice to the joining defendants filing motions for judgment on the pleadings; and
5. As it appears defendants Vikram Brar, Andrew Brody and Meridian Capital Real Estate have already answered the Complaint (Dkt. 30), defendants Century 21 Allstars and Jeff Zolot are ordered to file their answers to the Complaint within 21 days from the date the District Court enters this Order.

Dated: May 15, 2018

STEPHEN V. WILSON
United States District Judge