UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AZARIAH M. ELLINGTON, et al., <br> Plaintiffs, <br> v. <br> JUDGE MARY THORNTON HOUSE, et al., <br> Defendants. | Case No. CV 17-07587-SVW (JDE) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the filings identified in the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 184, "R&R"), and the Objection to the Report and Recommendation filed by Plaintiffs (Dkt. 186). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. Plaintiffs' Request for Reconsideration and Correction of Errors for Order Issued December 10 and Objection to Trial Scheduling

(Dkt. 150) is DENIED; and

3. Plaintiffs' Request for Stay Pending Appeal (Dkt. 154) is DENIED.

Dated: May 22, 2019

_____
STEPHEN V. WILSON
United States District Judge