UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AZARIAH M. ELLINGTON, et al., | Case No. 2:17-cv-07587-SVW (JDE) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MARY THORNTON HOUSE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the relevant filings in this action, including: the operative Complaint (Dkt. 1) filed by and on behalf of Plaintiffs Azariah M. Ellington and Mitchell D. Ellington ("Plaintiffs") against Los Angeles County Superior Court Judge Mary Thornton House ("Judge House"), Vikram Brar ("Brar"), Andrew Brody ("Brody"), Meridian Capital Real Estate ("Meridian"), David Popelka ("Popelka"), Jeff Zolot ("Zolot"), Century 21 Allstars ("Maxres"), and Century 21 Amber; the purported proof of service of and default entered against defendant Popelka (Dkt. 88, 89); this Court's prior Order Accepting Findings and Recommendations of a United States Magistrate Judge by which

the claims against Judge House were dismissed with prejudice (Dkt. 91); the Motion for Summary Judgment filed by defendants Brar, Brody, and Meridian (Dkt. 188, "Brar/Brody/Meridian MSJ") and supporting papers; the Motion for Summary Judgment filed by defendants Zolot and Maxres (Dkt. 190, "Zolot/Maxres MSJ") and supporting and reply papers; the "Request to Strike Defendants' Motion for Summary Judgment" (Dkt. 198), together with a supporting Memorandum of Points and Authorities (Dkt. 199), supporting declaration (Dkt. 200), and Request for Judicial Notice (Dkt. 201) filed by Plaintiffs, which the Court construes as papers filed in opposition to the Brar/Brody/Meridian MSJ and the Zolot/Maxes MSJ; Plaintiffs' "Request for Reconsideration and Correction of Errors for Order Accepting Recommendation of Magistrate John D. Early Filed April 8, 2019; Request for District Judge De Novo Review of All Matters Submitted to the Magistrate for Review" (Dkt. 192, "Fourth Reconsideration Motion") and supporting Request for Judicial Notice, Memorandum, and Declaration (Dkt. 193, 195, 196); the Report and Recommendation of the assigned Magistrate Judge (Dkt. 205); and Plaintiffs' Notice and Objection to Report and Recommendation (Issued) and Request for District Judge De Novo Review of All Matters Submitted to Magistrate Judge for Review and supporting Memorandum and Declaration (Dkt. 206, 207, 208).

The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED THAT:

1.    The Report and Recommendation (Dkt. 205) is approved and accepted;

2.    Plaintiffs' Fourth Reconsideration Motion (Dkt. 192) is DENIED;

3.    The Brar/Brody/Meridian MSJ (Dkt. 188) is GRANTED;

4.    The Zolot/Maxres MSJ (Dkt. 190) is GRANTED;

1    5.    The default entered against Popelka (Dkt. 89) is VACATED; and

2    6.    Judgment shall be entered dismissing all claims against all

3           defendants with prejudice.

4

5  Dated:    September 3, 2019

6

7                                          _____

8                                          STEPHEN V. WILSON
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28