JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AZARIAH M. ELLINGTON, et al.,<br>Plaintiff,<br>v.<br>MARY THORNTON HOUSE, et al.,<br>Defendants. | Case No. 2:17-cv-07587-SVW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED as follows:

1. Plaintiffs shall take nothing by this action; and
2. The action is dismissed with prejudice as to all defendants.

Dated: September 3, 2019

STEPHEN V. WILSON
United States District Judge